IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00839-WDM-BNB

STATE FARM LIFE INSURANCE COMPANY,

Plaintiff,

v.

JUANITA STAJCAR,
FRANK STAJCAR, and
CODY STAJCAR,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff State Farm Life Insurance Company's Motion for Leave to Amend Complaint in Interpleader** [docket no. 16, filed June 30, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint for filing.

DATED:  June 30, 2011