IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00839-RPM-BNB

STATE FRM LIFE INSURANCE COMPANY,

    Plaintiff,

v.

FRANK STAJCAR,
JUANITA STAJCAR, individually and as parent and next friend of CODY STAJCAR, a minor child,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [30] filed November 17, 2011, it is

    ORDERED that this action is dismissed.

    DATED: November 21st, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge